In the Matter of the Application of LAWRENCE SUPINO and FRANK SUPINO, Individually and as Administrators, etc., of VINCENZA SUPINO, Sometimes Known as VINCENZA MACCARIELLO, to Remove ANTONIO MACCARIELLO as Co-administrator. LAWRENCE SUPINO and FRANK SUPINO, Individually and as Administrators, etc., of VINCENZA SUPINO, etc., Deceased, Appellants; ANTONIO MACCARIELLO, as Co-administrator, etc., of VINCENZA SUPINO, etc., Deceased, and IRVING GORDON, as Special Guardian for MARIO PESA and Others, Infants, Respondents.— Decree of the Surrogate's Court, Kings County, made and entered August 5, 1940, dismissing application of appellants for removal of respondent Maccariello, as co-administrator, unanimously affirmed, with costs to said respondent, payable out of the estate. Appeal from order dated May 10, 1940, granting motion for reargument and on reargument adhering to original determination, dismissed, without costs. There is no such order in the record on appeal. In our opinion the proof was sufficient to warrant the finding that decedent and respondent Maccariello were husband and wife as the result of a common-law marriage, effective upon the removal of the impediment to such status by the death of Bartolomeo Supino in 1925. (Matter of Haffner, 254 N. Y. 238.) Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

EUGENE KRESCH, Respondent, and HYMAN KRESCH, Plaintiff, v. FRANCIS ESTELLE, Appellant.— Appeal by the defendant from a judgment in favor of the respondent after a trial before the court, without a jury, in an action to recover damages for personal injuries. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.